**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2097**

ERVIN MIDDLETON,

Plaintiff - Appellant,

v.

BROCK & SCOTT, PLLC; OCWEN LOAN SERVICING, LLC; BANK OF
AMERICA, N.A.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:16-cv-01085-LMB-JFA)

Submitted:  January 27, 2017          Decided:  February 1, 2017

Before WILKINSON, MOTZ, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ervin Middleton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ervin Middleton appeals the district court's order dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis, and we dismiss the appeal for the reasons stated by the district court. Middleton v. Brock & Scott PLLC, No. 1:16-cv-01085-LMB-JFA (E.D. Va. Aug. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED